No. 10-5199. Jason Futch, Petitioner v. Georgia.

562 U.S. 909, 131 S. Ct. 257, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 6951.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 286 Ga. 378, 687 S.E.2d 805.